# United States District Court
# Central District of California

| | |
|---|---|
| CRAIG ROSS, et al.<br><br>        Plaintiffs,<br><br>   v.<br><br>TIMOTHY P. WHITE, et al.,<br><br>        Defendants. | Case № 2:17-cv-04149-ODW (JC)<br><br>**PARTIAL JUDGMENT IN FAVOR OF DEFENDANTS AND AGAINST CRAIG ROSS** |

     Plaintiffs Craig Ross and Natalie Operstein initiated this suit on June 2, 2017. (ECF No. 1.) Several groups of Defendants moved to dismiss Plaintiffs' Second Amended Complaint. (ECF Nos. 87, 89, 119.) On April 20, 2018, the Court granted Defendants' Motion to Dismiss, without leave to amend, as it pertains to all of Plaintiff Craig Ross's claims. (Order, ECF No. 146.) On June 12, 2018, the Court denied Ross's Motion for Reconsideration. (ECF No. 185.)

//

//

//

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Craig Ross shall take nothing by his complaint against Defendants.
2. Ross's claims are **DISMISSED WITH PREJUDICE**, in their entirety, as to all Defendants.

**IT IS SO ORDERED.**

June 12, 2018

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**