JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| CRAIG ROSS; NATALIE OPERSTEIN,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TIMOTHY P. WHITE, et al.,<br><br>　　　　　Defendants. | Case № 2:17-cv-04149-ODW (JCx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Defendants' Motion for Summary Judgment, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Plaintiff Natalie Operstein shall recover nothing from Defendants;
2. Defendants shall have **JUDGMENT** in their favor;
3. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

July 1, 2019

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**